Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com
jtran@bfesf.com

Attorneys for Defendant
OFFICER DENNIS MALLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FRANKLIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation; DENNIS MALLY, individually and in his capacity as an officer for the San Leandro Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 4:17-cv-00789-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLIANCE DEADLINE**<br><br><br><br>**Hon. Haywood S. Gilliam, Jr.** |

Plaintiff RON FRANKLIN and defendant OFFICER DENNIS MALLY respectfully request that the mediation compliance deadline in this action be continued to March 30, 2019. Pursuant to Docket No. 43, this matter was ordered to mediation on November 16, 2018, and mediation is to be completed by February 1, 2019. On December 27, 2018 in Docket No. 44, the matter was referred to mediator William Simmons for mediation.

Good cause exists for this continuance for the following reasons: Defendant has recently taken the deposition of Plaintiff. However, due to scheduling conflicts, Plaintiff has scheduled Officer Mally's

deposition for February 22, 2019. The parties will be taking the depositions of two civilian witnesses on February 25, 2019. The parties agree that these three additional depositions should be taken before the mediation in order to have a meaningful mediation session. The parties are cooperating and have met and conferred with the mediator and have tentatively scheduled the mediation for March 11, 2019. Based on these reasons, the parties respectfully request that the Court continue the deadline to complete mediation to March 30, 2019.

Respectfully submitted,

DATED: January 9, 2019    LAW OFFICES OF JOHN L. BURRIS

By: */s/ K. Chike Odiwe*
    John L. Burris
    DeWitt Lacy
    K. Chike Odiwe
    Attorneys for the Plaintiff
    RON FRANKLIN

DATED: January 9, 2019    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Joanne Tran*
    Gregory M. Fox
    Joanne Tran
    Attorneys for the Defendant
    OFFICER DENNIS MALLY

## **ATTORNEY ATTESTATION**

I, Joanne Tran, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: January 9, 2019    */s/ Joanne Tran*
    Joanne Tran

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
*Franklin v. City of San Leandro, et al.* U.S.D.C. Northern District Case No.: 4:17-cv-00789-HSG

## **ORDER**

Having considered the parties' stipulation, the deadline to complete mediation is March 30, 2019.

IT IS SO ORDERED.

DATED: 1/10/2019

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE