JOHN L. BURRIS ESQ., SBN 69888
DEWITT LACY, ESQ., SBN 258789
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
RON FRANKLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FRANKLIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS MALLY, individually and in his capacity as an officer for the San Leandro Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER FOR PARTIAL MODIFICATION OF SCHEDULING ORDER |

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and the Scheduling Order issued by United States District Judge Haywood S, Gilliam Jr. on September 27, 2018 (the "Scheduling Order"), (ECF 37.) Plaintiff Ron Franklin, and Defendant Dennis Mally by and through undersigned counsel, hereby jointly stipulate and move to modify the Scheduling Order for good cause as follows:

1. Pursuant to the Scheduling Order, the cut-off for general discovery is February 25, 2019.
2. WHEREAS the parties intended to depose the only known percipient witnesses Jose Nunez, Sergio Macias, and Joana Styx before the discovery cut-off.

3. WHEREAS Defendant's Counsel attempted to set the deposition of the percipient witnesses for February 25, 2019.

4. WHEREAS Defendant's Counsel was unsuccessful in securing the deposition of the percipient witnesses for February 25, 2019.

5. WHEREAS Plaintiff's Counsel has only recently located Joana Styx and Sergio Macias at their new address after retaining a private investigator.

6. As a result of the recent location of Joana Styx and Sergio Macias and the need to locate and depose Jose Nunez, the parties request that the discovery closure date be extended to March 25, 2019.

7. Furthermore, Defendant's Counsel intends to take the depositions of the paramedics, Travis Crothers and Tom Bowring, who arrived on scene shortly after the incident. The parties request that the discovery cut-off date be extended to March 25, 2019 so that the parties may take the depositions of civilian witnesses Jose Nunez, Sergeo Macias, Joanna Styx and paramedics Travis Crothers and Tom Bowring.

IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.

LAW OFFICES OF JOHN L. BURRIS

Dated: February 25, 2019

/s *K. Chike Odiwe*
K. Chike Odiwe, Esq.,
Attorney for Plaintiff
RON FRANKLIN

DATED: February 28, 2019     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                       */s/ Joanne Tran*
                                                       Gregory M. Fox
                                                       Joanne Tran
                                                       Attorneys for the Defendants
                                                       CITY OF SAN LEANDRO and DENNIS
                                                       MALLY

## **ATTORNEY ATTESTATION**

    I, K. Chike Odiwe, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: February 25, 2019                                                /s/ *K. Chike Odiwe*
                                                                             K. Chike Odiwe

~~[PROPOSED]~~ ORDER

Having considered the parties' stipulation, the deadline to complete fact discovery is March 25, 2019. IT IS SO ORDERED.

DATED: 3/1/2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE