Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
Heidi G. Kim, State Bar No. 306641
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com
jtran@bfesf.com
hkim@bfesf.com

Attorneys for Defendant
OFFICER DENNIS MALLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FRANKLIN, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation; DENNIS MALLY, individually and in his capacity as an officer for the San Leandro Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 4:17-cv-00789-HSG<br><br><br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br><br><br><br><br>**Hon. Haywood S. Gilliam, Jr.** |

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and the Scheduling Order issued by United States District Judge Haywood S, Gilliam Jr. on September 27, 2018 (the "Scheduling Order"), (Dkt. No. 37.) Plaintiff RON FFRANKLIN and Defendant DENNIS MALLY by and through undersigned counsel, hereby jointly stipulate and move to extend expert discovery deadlines for good cause as follows:

1

1. Pursuant to the Scheduling Order, the cut-off for:

- Exchange of opening expert reports is March 12, 2019.
- Exchange of rebuttal expert reports is March 27, 2019.
- Close of expert discovery is April 11, 2019.

2. The parties have met and conferred and agree that an additional 30 days extension is necessary to permit the parties to sufficiently complete expert discovery.

3. This is the first request to continue expert discovery deadlines. This extension will not affect the trial date or any other dates previously set by the Court.

4. For the reasons set forth above, the parties respectfully request that this Court continue the previously set expert discovery deadlines as follows:

- Exchange of opening expert reports to April 11, 2019.
- Exchange of rebuttal expert reports to April 26, 2019.
- Close of expert discovery to May 10, 2019.

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES' COUNSELS OF RECORD.

Dated: March 8, 2019       BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:       /s/ Joanne Tran
Gregory M. Fox
Joanne Tran
Heidi Kim
Attorneys for Defendant
OFFICER DENNIS MALLY

Dated: March 8, 2019       LAW OFFICES OF JOHN L. BURRIS

By:       /s/ K. Chike Odiwe
John L. Burris
DeWitt Lacy
K. Chike Odiwe
Attorneys for Plaintiff
RON FRANKLIN

**ATTESTATION OF ATTORNEY**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Plaintiff's counsel to show their signature on this document as /s/.

Dated: March 8, 2019       By:   /s/ Joanne Tran
                                 Joanne Tran

3

STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES
*Franklin v. City of San Leandro, et al.* U.S.D.C. Northern District Case No.: 4:17-cv-00789-HSG

# ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the following deadlines have been extended to 30 days:

- Exchange of opening expert reports is April 11, 2019
- Exchange of rebuttal expert reports is April 26, 2019.
- Close of expert discovery is May 10, 2019.

IT IS SO ORDERED.

Dated: March 11, 2019

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE