**Law Offices of John L. Burris**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

LAW OFFICES OF JOHN L. BURRIS
DeWITT M. LACY, Esq. (SBN 258789)
K. CHIKE ODIWE, Esq. (SBN 315109)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
RON FRANKLIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FRANKLIN, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS MALLY, individually and in his capacity as an officer for the San Leandro Police Department; and DOES 1-50, inclusive, individually, jointly and severally, <br><br> Defendants. | CASE NO.: 4:17-cv-00789-HSG <br><br> STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees.

SO STIPULATED.

DATED: September 23, 2019

LAW OFFICES OF JOHN L. BURRIS

By: /s/ *K. Chike Odiwe*
JOHN L. BURRIS, ESQ.
DEWITT M. LACY, ESQ.
K. CHIKE ODIWE, ESQ.
Attorneys for Plaintiff

DATED: September 23, 2019

BERTRAND FOX ELLIOT OSMAN & WENZEL

By: /s/ Joanne Tran
Gregory M. Fox, Esq.
Joanne Tran, Esq.
Attorneys for Defendants

Law Offices of John L. Burris
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070

## ORDER

IS IT HEREBY ORDERED that Defendants City of San Leandro, Dennis Mally, and DOES 1-50 are dismissed with prejudice from this action, each party to bear its own costs and fees.

Dated: 9/24/2019

HONORABLE HAYWOOD S. GILLIAM JR.